AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of the Virgin Islands

| | |
|---|---|
| United States of America<br>v.<br>Randy JIMENEZ-Vargas, (D1)<br>Irving Jhon MENDOZA-Alcantara, (D2)<br>Jonas Alberto MENDEZ-Garcia, (D3)<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:23-mj-00024<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 5, 2023__ in the county of __St. Thomas__ in the _____ District of __the Virgin Islands__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry |

This criminal complaint is based on these facts:
See attached affidavit of Denny A. Johannes, Customs and Border Protection Officer (CBP)

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Denny A. Johannes, CBPO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 6, 2023

_____
*Judge's signature*

City and state: St. Croix                   Emile A. Henderson III, U.S. Magistrate Judge
*Printed name and title*