## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Randy JIMENEZ-Vargas, (D1)<br>Irving Jhon MENDOZA-Alcantara, (D2)<br>Jonas Alberto MENDEZ-Garcia, (D3)<br><br>Defendant(s). | CASE NO. 2023-mj-00024 |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Denny A. Johannes, being duly sworn under oath, do hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am an Officer with U.S Customs and Border Protection (CBP). As part of my duties as a CBP Officer, I investigate violations of immigration and customs laws and regulations, and general federal laws.

2. The statements contained in this affidavit are based upon my personal knowledge, as well as information provided to me by other law enforcement officials. All observations not personally made by me were relayed to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during this investigation.

3. This affidavit contains information necessary to support probable cause for this complaint and is not intended to include each and every fact and matter observed by me or known to the United States Government.

4. On June 5, 2023, Randy JIMENEZ-Vargas, (D1), Irving Jhon MENDOZA-Alcantara, (D2), Jonas Alberto MENDEZ-Garcia, (D3), arrived at the Cyril B. King airport in Saint Thomas, US Virgin Islands for departure of their United Airline Flight #UA1445, from St. Thomas, U.S.V.I to Dulles, Washington, D.C. From Customs and Border Protection primary inspection

Affidavit in Support of Criminal Complaint
Page 2 of 3

JIMENEZ-Vargas, (D1), MENDOZA-Alcantara, (D2), and MENDEZ-Garcia, (D3), were escorted to the secondary inspection area to verify their legal status to be present in the United States. JIMENEZ-Vargas, (D1), and MENDEZ-Garcia, (D3) stated that they are citizens of the Dominican Republic. MENDOZA-Alcantara, (D2), stated that he was a citizen of Venezuela. During secondary inspection, the fingerprints of JIMENEZ-Vargas, (D1), MENDOZA-Alcantara, (D2), and MENDEZ-Garcia, (D3), were queried through the Integrated Automated Fingerprint Identification System (IAFIS). Record checks retrieved no record showing that JIMENEZ-Vargas, (D1), MENDOZA-Alcantara, (D2), or MENDEZ-Garcia, (D3), are in possession of any legal documents allowing them entry into the United States.

5. JIMENEZ-Vargas, (D1), was found in the possession of a Dominican Republic passport. The last stamp on the passport is an exit stamp showing that he departed the Dominican Republic on March 6, 2023. Record checks confirmed JIMENEZ-Vargas, (D1), is an alien, native, and citizen of the Dominican Republic and retrieved no record showing that JIMENEZ-Vargas, (D1), legally entered the United States or applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to enter the United States.

6. MENDOZA-Alcantara, (D2) informed CBP officers that he legally entered the British Virgin Island on or about May 20, 2023. He was also in possession of a Venezuelan passport. The last stamp on the passport is an entry stamp showing that he entered the British Virgin Island on May 20, 2023. Record checks confirmed MENDOZA-Alcantara, (D2), is an alien, native, and citizen of Venezuela and retrieved no record showing that MENDOZA-Alcantara, (D2), legally entered the United States or applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to enter the United States.

7. MENDEZ-Garcia (D3), was found in the possession of a Dominican Republic passport. The last stamp on the passport is an entry stamp showing that he entered the British Virgin Islands on May 20, 2023. Records checks confirmed MENDEZ-Garcia, (D3), is an alien, native,

Affidavit in Support of Criminal Complaint
Page 3 of 3

and citizen of the Dominican Republic and retrieved no record showing that **MENDEZ-Garcia, (D3)**, legally entered the United States or applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to enter the United States.

8. Based on the above information, I have probable cause to believe that Randy **JIMENEZ-Vargas, (D1)**, Irving Jhon **MENDOZA-Alcantara, (D2)**, and Jonas Alberto **MENDEZ-Garcia, (D3)**, did, on or about June 5, 2023, in the District of the Virgin Islands, illegally enter the United States, in violation of Title 8, United States Code, Section 1325(a)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
Denny A. Johannes, Officer
Customs and Border Protection

Subscribed and sworn to before me this 6th day of June 2023.

_____
HONORABLE EMILE A. HENDERSON III
United States Magistrate Judge