IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Irving Jhon Mendoza-Alcantara, )<br>)<br>Defendant. )  | Case No. 23-cr-24 |

## NOTICE OF APPEARANCE

**COMES NOW,** the above-named defendant through counsel, and hereby files his notice of appearance as Court appointed counsel. In support the appearing counsel states and prays as follows:

1. The appearing defendant enters his appearance a appointed counsel

2. To all parties' concern, please take notice of the appearance of appointed counsel and refer all matters regarding the above name defendant to the undersigned counsel.

    Respectfully submitted,
    **PALOMARES-STARBUCK & ASSOCIATES**
    66 W. Flagler Street, Suite 601
    Miami, Florida 33130
    Telephone: (305) 447-8707
    Facsimile: (305) 501-2366
    E-Service E-mail: palolaw2@gmail.com
    Secondary E-mail: palolaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF and/or e-mail on this day upon all parties of record.

By: **/s/ Lorenzo J. Palomares Starbuck**
Lorenzo J. Palomares Starbuck, Esq.
By appointment of the Court.
