IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23-cr-24 |
| ) | |
| Irving Jhon Mendoza-Alcantara, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

**COMES NOW,** the above-named defendant through counsel, and hereby files his notice of appearance as Court appointed counsel. In support the appearing counsel states and prays as follows:

1. The appearing defendant enters his appearance a appointed counsel

2. To all parties' concern, please take notice of the appearance of appointed counsel and refer all matters regarding the above name defendant to the undersigned counsel.

Dated: June 9, 2023

Respectfully submitted,

By:   /s/ **Lorenzo J. Palomares Starbuck**
         Attorney at Law
**PALOMARES-STARBUCK & ASSOCIATES**
66 W. Flagler Street, Suite 601
Miami, Florida 33130
Telephone: (305) 447-8707
Facsimile: (305) 501-2366
E-Service E-mail: palolaw2@gmail.com
Secondary E-mail: palolaw@gmail.com