IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 23-cr-00038 |
| IRVING JHON MENDOZA-ALCANTARA, ) | |
| Defendant. ) | |

## WAIVER OF APPEARANCE AT ARRAIGNMENT OF INFORMATION

**TO THE HONORABLE COURT:**

**COMES NOW** Defendant, IRVING JHON MENDOZA-ALCANTARA, through the undersigned counsel, and pursuant to Fed. R. Crim. P., hereby files this Waiver of Appearance at Arraignment, and very respectfully STATES, ALLEGES, and PRAYS:

1. This Honorable Court has scheduled an arraignment Hearing for July 26, 2023 [DE 45].

2. The undersigned Defendant, IRVING JHON MENDOZA-ALCANTARA, has received a copy of the Information and discussed the charges with defense counsel.

3. The Defendant willingly, intelligently, and voluntarily waives his appearance at the arraignment hearing, and enters a **NOT GUILTY PLEA** to all charges in the Information.

4. Defense counsel herein affirms that he has discussed the charges filed in the Information with Defendant, IRVING JHON MENDOZA-ALCANTARA, and further discussed this waiver and plea.

1
PALOMARES-STARBUCK & ASSOCIATES

WHEREFORE, Defendant, IRVING JHON MENDOZA-ALCANTARA, respectfully requests that this Honorable Court accept this Waiver and Plea of Not Guilty pursuant to Fed.R.Crim.P. Rule 10.

_____
IRVING JHON MENDOZA-ALCANTARA, Defendant

_____
Lorenzo J Palomares Starbuck, Esq.
Defense Counsel

Dated: July 20, 2023

Respectfully submitted,
**PALOMARES-STARBUCK & ASSOCIATES**
66 W. Flagler Street, Suite 601
Miami, Florida 33130
Telephone: (305) 330-4141
Facsimile: (305) 501-2366
E-Service E-mail: palolaw2@gmail.com
Secondary E-mail: palolaw@gmail.com

By: __/s/ Lorenzo J. Palomares Starbuck__
**Lorenzo J. Palomares Starbuck, Esq.**
*By appointment of the Court*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF and/or e-mail on this July 20, 2023, upon all parties of record.

By: __/s/ Lorenzo J. Palomares Starbuck__
**Lorenzo J. Palomares Starbuck, Esq.**