IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IRVING JHON MENDOZA-ALCANTARA,<br><br>Defendant. | Criminal No. 2023-38 |

ORDER

THIS MATTER came on for arraignment on July 27, 2023. The premises considered, it is hereby ORDERED that the following dates will apply:

1. Discovery will be completed by August 3, 2023.

2. Any motions will be filed by August 15, 2023.

3. A pretrial conference is scheduled for August 23, 2023 at 9:30 a.m.

4. The parties shall notify the Court of their readiness for trial at least 10 days prior to the scheduled trial date.

5. Trial is scheduled for September 11, 2023 at 9:00 a.m.

DATED: July 27, 2023

RUTH MILLER
United States Magistrate Judge