# Secretary Mayorkas Announces Extension and Redesignation of Venezuela for Temporary Protected Status

**Release Date:** September 20, 2023

*Redesignation Allows Additional Eligible Venezuelan Nationals in the U.S. to Apply for TPS and Employment Authorization Documents*

WASHINGTON — Secretary of Homeland Security Alejandro N. Mayorkas today announced the extension and redesignation of Venezuela for Temporary Protected Status (TPS) for 18 months, due to extraordinary and temporary conditions in Venezuela that prevent individuals from safely returning.

After reviewing the country conditions in Venezuela and consulting with interagency partners, Secretary Mayorkas determined that an 18-month TPS extension and redesignation are warranted based on Venezuela's increased instability and lack of safety due to the enduring humanitarian, security, political, and environmental conditions. This redesignation provides temporary protection from removal, as well as employment authorization for individuals in the United States before July 31, 2023.

"Temporary protected status provides individuals already present in the United States with protection from removal when the conditions in their home country prevent their safe return," **said Secretary Alejandro Mayorkas.** "That is the situation that Venezuelans who arrived here on or before July 31 of this year find themselves in. We are accordingly granting them the protection that the law provides. However, it is critical that Venezuelans understand that those who have arrived here after July 31, 2023 are not eligible for such protection, and instead will be removed when they are found to not have a legal basis to stay."

Applicants for TPS under this redesignation must demonstrate that they are Venezuelan nationals (or individuals without nationality who last habitually resided in Venezuelan) who have been continuously residing in the United States since July 31, 2023 and meet other eligibility criteria.

U.S. Citizenship and Immigration Services will continue to process pending applications filed under the previous TPS designation for Venezuela. Individuals with a pending [Form I-821, Application for Temporary Protected Status](#), or a related [Form I-765, Application for Employment Authorization](#), as of the date of the forthcoming Federal Register notice, do not need to file either application again. If USCIS approves a pending Form I-821 or Form I-765 filed under the previous designation of TPS for Venezuela, USCIS will grant the individual TPS and issue an EAD valid through the same date.

Under the redesignation of Venezuela, eligible individuals who do not have TPS may submit an [Form I-821, Application for Temporary Protected Status](), during the initial registration period which will be specified in a forthcoming Federal Register notice. Applicants also may apply for TPS-related EADs and for travel authorization. Applicants can request an EAD by submitting a completed [Form I-765, Application for Employment Authorization](), with their Form I-821, or separately later.

There are currently approximately 242,700 TPS beneficiaries under Venezuela's existing TPS designation.  There are an additional approximately 472,000 nationals of Venezuela who may be eligible under the redesignation of Venezuela.

The forthcoming Federal Register notice will explain eligibility criteria, timelines, and procedures necessary for current beneficiaries to re-register and renew EADs, and for new applicants to submit an initial application under the redesignation and apply for an EAD.