**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| Receipt Number<br>MGL2321498242 | | Case Type<br>I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
|---|---|---|
| Received Date<br>08/30/2023 | Priority Date | Applicant  A240 378 849<br>MENDOZA ALCANTARA, IRVING JHON |
| Notice Date<br>08/30/2023 | Page<br>1 of 2 | |

IRVING MENDOZA ALCANTARA
c/o IRVING JHON MENDOZA ALCANTARA
12 PARK LN
LANCASTER PA  17603

**Notice Type:** Receipt Notice

*** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589, Application for Asylum and for Withholding of Removal was received and is pending as of 08/30/2023.

You may remain in the U.S. until your asylum application is decided. Having a pending asylum application with USCIS does not preclude U.S. Immigration and Customs Enforcement (ICE) or U.S. Customs and Border Protection (CBP) from placing you into removal proceedings. If you wish to leave while your application is pending, you must obtain advance parole or, for Temporary Protected Status (TPS) recipients, approval of Form I-512T, Authorization for Travel by a Noncitizen to the United States (sometimes referred to as MTINA TPS travel authorization), from USCIS. If you change your address, send written notification of the change within 10 days to the Asylum Office at the below address or using the USCIS Online Change of Address system at https://egov.uscis.gov/coa/displayCOAForm.do. If you filed your asylum application online, update your address in your USCIS online account profile accessible at myaccount.uscis.gov/.

You will receive a notice informing you when you and those listed on your application as a spouse or child dependents must appear at an Application Support Center (ASC) for biometrics collection. You will also receive a notice informing you when you and those listed on your application as a spouse or child dependents must appear for an asylum interview. Those notices will contain instructions for what to bring to your ASC appointment and what to bring to your asylum interview.

WARNING: Failure to appear at the ASC for biometrics collection or for your asylum interview may affect your eligibility for employment authorization and may also result in the dismissal of your asylum application or referral of your asylum application to an immigration judge.

Applicant(s):

| Alien Number | Name |
|---|---|
| A240 378 849 | MENDOZA ALCANTARA, IRVING |

Please see the additional information on the back. You will be notified separately about any other cases you filed.
**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

USCIS Newark Asylum Office
U.S. CITIZENSHIP & IMMIGRATION SVC
Gateway 3
100 Mulberry Street Suite 199
Newark NJ 07102

**USCIS Contact Center: www.uscis.gov/contactcenter**





If you are visiting a field office and need directions, including public transportation directions, please see **www.uscis.gov/fieldoffices** for more information.

## Notice for People with Disabilities

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833) for help in English or Spanish. Asylum and NACARA 203 applicants must call to make their request.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.